UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| KYLE DAVID MILTON, | ) | NO. CV 18-00096-GW (FFM) |
| Petitioner, | ) ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) ) ) | |
| DAVID SHINN, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge (Docket No. 20). Petitioner has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that: (1) respondent's Motion to Dismiss is GRANTED; and (2) Judgment be entered denying the Petition and dismissing this action without prejudice.

DATED: March 22, 2019

_____
GEORGE H. WU
United States District Judge