UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| KYLE DAVID MILTON, | ) | NO. CV 18-00096-GW (FFM) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DAVID SHINN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: March 22, 2019

*/s/ George H. Wu*

GEORGE H. WU
United States District Judge